**Electronically Filed**
**Supreme Court**
**SCPW-23-0000569**
**07-NOV-2023**
**11:22 AM**
**Dkt. 10 ORD**

SCPW-23-0000569

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE INTEREST OF NICHOLAS ABEL

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Kim and Circuit Judge Kawano,
assigned by reasons of vacancies)

Upon consideration of the September 18, October 5, and October 24, 2023 submissions from Nicholas Abel, which we deem either an attempt to initiate civil litigation against two individuals, or to seek post-conviction relief concerning judgments entered against him, we conclude this court lacks the jurisdiction to consider his requests for relief. Cf. Hawaiʻi Revised Statutes §§ 603-21.5(a) (Supp. 2017), 604-5 (2016); Rule 40(b) of the Hawaiʻi Rules of Penal Procedure. We also note the motion for permission to proceed *in forma pauperis*. Therefore,

It is ordered that the motion to proceed *in forma pauperis* is granted.

It is further ordered that the petitions are dismissed without prejudice to Abel seeking relief in a court of appropriate jurisdiction.

DATED:  Honolulu, Hawaiʻi, November 7, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Robert D.S. Kim

/s/ Kelsey T. Kawano